December 3, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RALPH  O.  DOUGLAS, Appellant

NO. 14-12-00321-CV                          V.

MARISA A. MOFFETT AND KYLE A. THORNTON, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order of dismissal signed by the court below on March 13, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ralph O. Douglas.

We further order this decision certified below for observance.